An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION
OF FORMA PAUPERIS REQUEST.

No. 65197

RONNIE EDWARDS,
Appellant,
vs.
JAKE MERBACK; CARL ARNOLD;
DANIEL PAGE; DANIEL LIPPMAN;
AND DREW CHRISTENSEN,
Respondents.

**FILED**

OCT 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a proper person appeal from a district court order denying a motion for leave to proceed in forma pauperis. Because no statute or court rule authorizes an appeal from such an order, we lack jurisdiction to consider this appeal. *See Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (noting that an appeal may only be taken when authorized by statute or court rule); NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-35604

cc: Hon. Jennifer P. Togliatti, District Judge
Ronnie Dion Edwards
Carl Arnold, Esq.
Daniel Lippman
Daniel Page
Drew Christensen
Jake Merback
Eighth District Court Clerk